# EXHIBIT 1

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Lane Nussbaum SBN 264200<br>Nussbaum APC<br>27489 Agoura Road Ste. 102<br>Agoura Hills, CA 91301<br>TELEPHONE NO.: (818) 660-1919   FAX NO. *(Optional)*:<br>E–MAIL ADDRESS *(Optional)*: info@nussbaumapc.com<br>ATTORNEY FOR *(Name)*: Jeff Huberts | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 6230 Sylmar Ave.<br>MAILING ADDRESS: 6230 Sylmar Ave.<br>CITY AND ZIP CODE: Van Nuys 91401<br>BRANCH NAME: Van Nuys Courthouse East | |
| PLAINTIFF/PETITIONER: Jeff Huberts<br>DEFENDANT/RESPONDENT: Ara Eric Hunayan, et al. | CASE NUMBER:<br>21VEUD00718 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✔ summons
   b. ✔ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ✔ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✔ other *(specify documents)*: Prejudgment claim of right of possession, Notice of case assignment, Plaintiff's Mandatory Cover Sheet and Supplemental Allegations, Third Amended Standing Order
3. a. Party served *(specify name of party as shown on documents served)*:
   Ara Eric Hunayan

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   16925 Gault St. Van Nuys, CA 91406
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:        (2) at *(time)*:
   b. ☐ **by substituted service.** On *(date)*:        at *(time)*:        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   Race:        Sex:        Height:        Age:        Weight:        Hair:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:        from *(city)*:        **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | |
|---|---|
| PLAINTIFF/PETITIONER: Jeff Huberts | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Ara Eric Hunayan, et al. | 21VEUD00718 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                    (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☑ **by other means** *(specify means of service and authorizing code section):*
   By posting on 11/10/21 at 10:23 AM and by mailing by first class certified mail from Reseda on 11/10/21 - per CCP 415.45.

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                                         ☐ other:

7. **Person who served papers**
   a. Name: Luqman Kuraym
   b. Address: P.O. Box 243   Agoura Hills, CA 91376
   c. Telephone number: 818-964-0895
   d. **The fee** for service was: $ 45
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☐ owner  ☐ employee  ☑ independent contractor.
         (ii) Registration No.: 2019113176
         (iii) County: Los Angeles

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: November 10, 2021

Luqman Kuraym
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*/s/ Luqman Kuraym*
(SIGNATURE)

POS-010 [Rev. January 1, 2007]                 **PROOF OF SERVICE OF SUMMONS**                 Page 2 of 2

100582945

| | |
|---|---|
| Lane Nussbaum, SBN 264200 <br> 27489 Agoura Road, Ste.102 <br> Agoura Hills, CA 91301 <br> Attorney for Plaintiff | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES <br> STREET ADDRESS: 6230 Sylmar Ave. <br> MAILING ADDRESS: 6230 Sylmar Ave. <br> CITY AND ZIP CODE: Van Nuys 91401 <br> BRANCH NAME: Van Nuys Courthouse East | |
| **CASE NAME:** Jeff Huberts v. Ara Eric Hunayan, et al. | Case No.: 21VEUD00718 |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref No.: |

**PARTY TO SERVE:** Ara Eric Hunayan

**DOCUMENTS:** Summons, Complaint, Civil Case Cover Sheet, Prejudgment claim of right of possession, notice of case assignment

**SERVICE ADDRESS:** 16925 Gault St. Van Nuys, CA 91406

I declare that the following attempts were made to effect service by personal delivery:

| Date | Time | Result |
|---|---|---|
| October 26, 2021 | 7:20 AM | Knocked at entrance - no response |
| October 28, 2021 | 12:12 PM | Knocked at entrance - no response |
| October 29, 2021 | 4:22 PM | Knocked at entrance - no response |

I am a Registered California Process Server.

Luqman Kuraym
P.O. Box 243
Agoura Hills, CA 91376
818-964-0895

Registration No. 2019113176
County: Los Angeles

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in this return of service is true and correct.

Dated: November 10, 2021

Signature: _____
Luqman Kuraym

**Litigati, Inc.**
**Registration # 2014300771**

100582946

Lane Nussbaum, SBN 264200
27489 Agoura Road, Ste.102
Agoura Hills, CA 91301
Attorney for Plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES

STREET ADDRESS: 6230 Sylmar Ave.
MAILING ADDRESS: 6230 Sylmar Ave.
CITY AND ZIP CODE: Van Nuys 91401
BRANCH NAME: Van Nuys Courthouse East

**CASE NAME:** Jeff Huberts v. Ara Eric Hunayan, et al.

Case No.: 21VEUD00718

# DECLARATION OF REASONABLE DILIGENCE

Ref No.:

PARTY TO SERVE: Ara Eric Hunayan

DOCUMENTS: Summons, Complaint, Civil Case Cover Sheet, Prejudgment claim of right of possession, notice of case assignment

SERVICE ADDRESS: 16925 Gault St. Van Nuys, CA 91406

I declare that the following attempts were made to effect service by personal delivery:

| Date | Time | Result |
|---|---|---|
| October 26, 2021 | 7:20 AM | Knocked at entrance - no response |
| October 28, 2021 | 12:12 PM | Knocked at entrance - no response |
| October 29, 2021 | 4:22 PM | Knocked at entrance - no response |
| November 10, 2021 | 10:23 AM | Knocked at entrance - no response. Service accomplished via substituted service as follows: |

Race:   Sex:   Height:   Age:   Weight:   Hair:

Service made pursuant to CCP 415.46 by delivering copies to Competent member of the household and by Posting and Mailing first-class to all occupants in care of as follows:

Posting and Mailing Date: November 10, 2021   Mailed From: Reseda CA, 91335

I am a Registered California Process Server.

Luqman Kuraym
P.O. Box 243
Agoura Hills, CA 91376
818-964-0895

Registration No. 2019113176
County: Los Angeles

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in this return of service is true and correct.

Dated: November 10, 2021

Signature: _Luqman Kuraym_

Luqman Kuraym

**Litigati, Inc.**
**Registration # 2014300771**

100582946