# EXHIBIT 2

Electronically FILED by Superior Court of California, County of Los Angeles on 04/19/2022 01:07 PM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Inloes,Deputy Clerk

Case 2:22-cv-03606-JFW-RAO   Document 12-2   Filed 06/02/22   Page 2 of 5   Page ID #:143

Lane M. Nussbaum, SBN 264200
Wayne M. Abb, SBN 91625
Jason J. Stillman, SBN 245429
NUSSBAUM APC
27489 Agoura Road, Ste. 102
Agoura Hills, California 91301
(818) 660-1919   FAX (818) 864-3241

Attorneys for Defendants Jeff Huberts and Lindsay Huberts

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| Eric Ara Hunanyan<br><br>            Plaintiff,<br><br>    vs.<br><br>Jeff Huberts, an individual; Lindsay Huberts, an individual ; and Does 1 through 100, Inclusive,<br><br>            Defendant(s). | Case No.: 21VECV01597<br>**NOTICE OF RULING ON PLAINTIFF'S MOTION TO CONSOLIDATE**<br><br>Hearing Date:  April 19, 2022<br>Time:  8:30 a.m.<br>Department:    U<br><br>Action Filed:<br>Trial Date:      None Set |

NOTICE OF RULING

1

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVE**N that on April 19, 2022 in Department U of the above entitled court located at 6230 Sylmar Ave., Van Nuys CA 91401, Plaintiff's Motion to Consolidate came on for hearing and the court ruled as follows:

1. The Court **DENIES** Jeff and Lindsay Huberts' demurrer to Plaintiff's initial complaint as **MOOTED** by Plaintiff filing his First Amended Complaint.
2. The Court **STRIKES** with prejudice Plaintiff's first, second, third, and fifth causes of action in the First Amended Complaint for lack of subject matter jurisdiction. Code Civ. Proc. § 436(b).
3. The Court **DENIES** Plaintiff's motion to consolidate this case with related case #21VEUD00718 because Plaintiff's grounds for consolidation, including that Jeff and Lindsay Huberts areparties to both cases, are **MOOTED** by this ruling striking Plaintiff's first three causes of action in the First Amended Complaint.

DATED: April 19, 2022                NUSSBAUM APC

_____
Jason Stillman
Attorneys for Defendants
Jeff Huberts and Lindsay Huberts

|   |   |
|---|---|
| PROOF OF SERVICE | ) |
|  | ) |
| STATE OF CALIFORNIA | ) |
|  | ) ss. |
| COUNTY OF LOS ANGELES | ) |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 27489 Agoura Road, Suite 102, Agoura Hills, CA 91301.

On April 19, 2022, I served the foregoing document described as

on each interested party listed on the attached service list as follows:

[X]  BY MAIL - I deposited such envelope in in a mailbox regularly maintained by the United States Postal Service at Agoura Hills, California. The envelope was mailed with postage thereon fully prepaid.

[]  BY PERSONAL SERVICE - I caused such envelope to be delivered by a registered process server.

[]  VIA FACSIMILE - I faxed said document, to the offices(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

[]  BY ELECTRONIC TRANSMISSION - I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[]  BY OVERNIGHT DELIVERY - I deposited such envelope for collection and delivery by (FED EX) with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by (FED EX). They are deposited with a facility regularly maintained by (FED EX) for receipt on the same day in the ordinary course of business.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 19, 2022 at Agoura Hills,

                                                               _____
                                                                Melissa Sanchez

## SERVICE LIST

<u>Ara Eric Hunanyan</u>
16925 Gault St., Van Nuys, CA 91406